UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE 32BJ NORTH PENSION FUND AND ITS
BOARD OF TRUSTEES,

                Plaintiff,

- against -

PARK LANE MOSHOLU LLC, et al.,

                Defendants.

**ORDER**

23-CV-08416 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

    The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

    The Clerk of Court is respectfully directed to close the case.

                                  **SO ORDERED.**

Dated:   White Plains, New York
           January 26, 2024

                                  _____
                                  PHILIP M. HALPERN
                                  United States District Judge